UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cause No. 2:21-CR-144 |
| | ) | |
| AARON WHITE | ) | UNDER SEAL |

### AMENDED WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: Sheriff     and     United States Marshal
       Lake County Jail               Northern District of Indiana
       2293 North Main Street        Hammond, IN
       Crown Point, IN 46307

GREETINGS:

The Court having set this cause for an initial appearance on November 12, 2021, at 1:00 p.m. (prevailing time) and being advised that said defendant, is in the lawful custody and control of the Sheriff, Lake County Jail, 2293 North Main Street, Crown Point, IN 46307,

It is ORDERED and ADJUDGED that said Sheriff, Lake County Jail, 2293 North Main Street, Crown Point, IN 46307, be required and is hereby commanded to surrender the body of the defendant to the United States Marshal for the Northern District of Indiana, or any duly authorized deputy, or any authorized Marshal, for the purpose of producing the body of the said defendant in the United States District Court for the Northern District of

Indiana, 5400 Federal Plaza, Hammond, Indiana 46320, on the date and time specified above so that the said defendant may be present for further proceedings in a cause now pending against him in said Court and, pending the final disposition of this cause, including sentencing, if any, thereafter to be turned over by the United States Marshal for the Northern District of Indiana to the custody of those persons at that time thereto entitled, under safe and secure conduct and have you then and there this Writ.

    Date: November 3, 2021

                                        /s/ Andrew P. Rodovich
                                        Honorable Andrew Rodovich
                                        United States Magistrate Judge